IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:02CR233-7-FDW |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| (7)   DEMING CHEN | ) | |

Leave of Court is hereby granted for the dismissal without prejudice of the Bill of Indictment against defendant Deming Chen, who is charged in Counts 1, 18, 23, 60, 65, 102, 107, and 128, and therefore said Counts are hereby dismissed.   This Order applies only to defendant Deming Chem and not any other defendant named in the said Indictment.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshal's Service, and the United States Attorney's Office.

IT IS SO ORDERED.

Signed: August 19, 2013

Frank D. Whitney
Chief United States District Judge